IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Derrick D. Smith  221124 )
Full name and prison number of )
plaintiff(s) )
 )
 v. )   CIVIL ACTION NO: _____
Capt. Nettles )   (To be supplied by the Clerk of the
 )   U.S. District Court)  2:06cv1058-MEF
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

RECEIVED
2006 NOV 28  A 10: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )   No (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )   No (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) ___None___

          Defendant(s) ___None___

      2.  Court (if federal court, name the district; if state court, name the county)
          ___None___

      3.  Docket No. ___None___

      4.  Name of Judge to whom case was assigned ___None___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? None

6. Approximate date of filing lawsuit 10/18/06

7. Approximate date of disposition 11/23/05

II. PLACE OF PRESENT CONFINEMENT Bullock County Corr. Fac.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock County Corr fac.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Capt Nettles | B.C.C.F. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED between November of 2005 on 23rd And Feb 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: My Money being takins from me Without proof of Something I did in here but I didn't do it

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Well back in November 2005 he said I mess up a fire alarm and I didn't he was going by what a inmate told him I did I should have to pay for it without him having proof or seeing me do it. And he said my money was frozen for this

-2-

GROUND TWO: Because they said I didn't have any Money on my books and it was a lie

SUPPORTING FACTS: So I filled out a Slip to Catch Store and they said I didn't have any Money When I put in for a State prison I.D they took Money off my books for the I.D. And I found out I still had $94.19 I need Something did about this

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Well what I would Like the Court to do is get my Money back for me And I would be alright. If not I will push for have his job And or a Tranfer for him that what I would Like the Court to do, thank you.

Derrick D Smith 221124
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-18-06
           (date)

Derrick D Smith 221124
Signature of plaintiff(s)

-3-