AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ **District of** _Alabama_ RECEIVED

2006 NOV 28  A 10: 02

_HACKETT, CLK_
_U.S. DISTRICT COURT_
_MIDDLE DISTRICT ALA_

**APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF**
**FEES AND AFFIDAVIT**

Plaintiff

V.

CASE NUMBER: _2:06 cv 1058-MEF_

Defendant

I, _Derrick D Smith 221124_ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Bullock County Corr Fac_

   Are you employed at the institution? _No_ Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?          ☐ Yes          ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.


   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _NO_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☒ No |
   | f. Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   _$100.00 every Month or every 2 Months_

AO 240 Reverse (Rev. 10/03)

4.   Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____ None _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

None

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

None

I declare under penalty of perjury that the above information is true and correct.

_10/16/06_   _Derrick Dewayne Smith_   221124
Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

RECEIVED

2006 NOV 28  A 10: 01

Derrick D. Smith 221124
Plaintiff(s)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06cv1058-MEF

v.

Capt. Nettles
Defendant(s)

I, Derrick D Smith , being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.  I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed?        Yes ( )   No (X)

A.  If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. N/A

B.  If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. N/A

2.  Have you received within the past twelve months any money from any of the following sources?

A.  Business, profession, or form of self-employment?     Yes ( )   No (X)

B.  Rent payments, interest, or dividends?     Yes ( )   No (X)

C.  Pensions, annuities, or life insurance payments?     Yes ( )   No (X)

D.  Gifts or inheritances?     Yes ( )   No (X)

E.  Any other sources?     Yes (X)   No ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. the only one I know about when I send cpt Am no send in from and that was back in 2006 about 8 Month ago

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY

AIS #: 221124       NAME: SMITH, DERRICK D.            AS OF: 11/16/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| NOV | 14 | $35.71 | $50.00 |
| DEC | 31 | $33.92 | $0.00 |
| JAN | 31 | $0.18 | $0.00 |
| FEB | 28 | $0.18 | $0.00 |
| MAR | 31 | $0.18 | $0.00 |
| APR | 30 | $0.18 | $0.00 |
| MAY | 31 | $22.76 | $100.00 |
| JUN | 30 | $100.18 | $0.00 |
| JUL | 31 | $98.82 | $0.00 |
| AUG | 31 | $97.18 | $0.00 |
| SEP | 30 | $97.18 | $0.00 |
| OCT | 31 | $95.34 | $0.00 |
| NOV | 16 | $94.18 | $0.00 |